## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

GENEVA COLLEGE; WAYNE
HEPLER; THE SENECA HARDWOOD
LUMBER COMPANY, INC.,
a Pennsylvania Corporation; WLH
ENTERPRISES, a Pennsylvania Sole
Proprietorship of Wayne L. Hepler;
CARRIE E. KOLESAR,

v.

SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND Nos. 13-3536, 14-1374
HUMAN SERVICES; SECRETARY
UNITED STATES DEPARTMENT OF
LABOR; SECRETARY UNITED STATES
DEPARTMENT OF THE TREASURY;
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF
LABOR; UNITED STATES
DEPARTMENT OF THE TREASURY,

Appellants.

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellants hereby move

to dismiss their appeals in Nos. 13-3536 & 14-1374, which are appeals from the entry

of preliminary injunctions. This motion does not pertain to the consolidated appeals

in Nos. 14-1376 & 14-1377, which are appeals from the entry of permanent

injunctions.  We have been authorized to state that appellees in Nos. 13-3536 & 14-1374 do not oppose this motion, but are not agreeing to any allocation of costs.

Respectfully submitted,

ETHAN P. DAVIS
BRETT A. SHUMATE
*Deputy Assistant Attorneys General*
*Civil Division*
MATTHEW COLLETTE
*/s/ Joshua Salzman*
JOSHUA M. SALZMAN
  202-532-4747
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW, Rm. 7258*
  *Washington, DC 20530*

OCTOBER 2017

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal

Rule of Appellate Procedure 27(d).  This motion contains 79 words.


/s/ Joshua Salzman
JOSHUA M. SALZMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I electronically filed the foregoing

with the Clerk of the Court by using the appellate CM/ECF system.  I further certify

that the participants in the case are registered CM/ECF users and that service will be

accomplished by the appellate CM/ECF system.


*/s/ Joshua Salzman*
JOSHUA M. SALZMAN